UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| AESTHETIC EYE ASSOCIATES, P.S.,<br><br>　　　　　　Plaintiff,<br>　　v.<br><br>ALDERWOOD SURGICAL CENTER, LLC; NORTHWEST NASAL SINUS CENTER, P.S.; and JAVAD A. SAJAN, M.D.,<br><br>　　　　　　Defendants. | CASE NO. 2:22-cv-00773-TL<br><br>ORDER |

　　This matter is before the Court on Defendants' Motion Regarding Rebuttal Expert Testimony Disclosure Deadline (Dkt. No. 53). On October 31, 2023, the Court set a trial schedule, including a new deadline for the disclosure of rebuttal expert testimony. *See* Dkt. No. 59. Accordingly, Defendants' motion is STRICKEN as moot.

　　Dated this 31st day of October 2023.

　　　　　　　　　　　　　　　　　　　　　　　　Tana Lin
　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge

ORDER - 1