1
2
3
4
5
6
7

The Honorable Tana Lin

8
9

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

10
11
12
13
14
15
16
17

AESTHETIC EYE ASSOCIATES, P.S.,

Plaintiff/Counterclaim
Defendant,

v.

ALDERWOOD SURGICAL CENTER, LLC;
NORTHWEST NASAL SINUS CENTER,
P.S.; and JAVAD A. SAJAN, M.D.,

Defendants/
Counterclaimants.

No. 2:22-cv-00773-TL

**STIPULATED MOTION AND
[PROPOSED] ORDER
REGARDING MEDIATION
STAY**

Note on Motion Calendar:
**January 30, 2024**

18
19

**I.      INTRODUCTION**

20
21
22
23
24
25
26

Plaintiff/Counterclaim Defendant Aesthetic Eye Associates, P.S. ("Plaintiff") and

Defendants/Counterclaimants Alderwood Surgical Center, LLC, Northwest Nasal Sinus

Center, P.S., and Javad A. Sajan, M.D. ("Defendants") (Plaintiff and Defendants collectively,

"the Parties") intend to mediate this dispute on Saturday, April 13, 2024, before the

Honorable Larry A. Jordan of Judicial Dispute Resolution, LLC.  To conserve the Parties'

resources and to promote judicial economy, the Parties propose this matter be stayed on the

ARÊTE LAW GROUP
1218 THIRD AVE., STE 2100
SEATTLE, WA 98101
O: (206) 428-3250

1  terms described below.  The Parties jointly submit this Stipulated Motion and [Proposed]

2  Order Regarding Mediation Stay for the Court's consideration and approval.

3  ## II.   STIPULATION

4  WHEREAS, on June 12, 2023, the Parties filed a Stipulated Motion and [Proposed]

5  Order Regarding Mediation Stay (Dkt. No. 48), which this Court approved on the same date.

6  *See* Order Regarding Mediation Stay (Dkt. No. 49).  The mediation did not proceed;

7  WHEREAS, on October 6, 2023, at the Court's direction, the Parties filed a First

8  Amended Joint Status Report and Discovery Plan (Dkt. No. 51);

9  WHEREAS, shortly after filing the First Amended Joint Status Report and Discovery

10  Plan, the Parties re-engaged in discovery and motion practice;

11  WHEREAS, On October 31, 2023, the Court issued an Order Setting Jury Trial Date

12  and Related Dates (Dkt. No. 59), which included, among other dates and deadlines, a

13  discovery deadline of August 22, 2024, and a trial date of January 21, 2025;

14  WHEREAS, developments in this matter arising from the Parties' re-engagement in

15  discovery and motion practice have caused the parties to believe that this dispute is now more

16  amenable for resolution by mediation than during the prior mediation stay; and

17  WHEREAS, the Parties intend to mediate this dispute on Saturday, April 13, 2024,

18  before the Honorable Larry A. Jordan of Judicial Dispute Resolution, LLC, and wish to

19  conserve their resources and promote judicial economy by staying other activity in this

20  litigation pending the anticipated mediation.

21  NOW THEREFORE, the Parties agree and stipulate as follows:

22  1.   This matter shall be STAYED pending the mediation scheduled for Saturday,

23  April 13, 2024;

24  2.   All pending case deadlines shall be STRICKEN;

25  3.   Should the mediation fail, within ten (10) days of the date of the mediation,

26  the Parties shall submit an updated joint status report with a revised case schedule;

STIPLULATED MOTION AND [PROPOSED]
ORDER REGARDING MEDIATION STAY
No. 2:22-cv-00773-TL – Page 2



ARÊTE LAW GROUP
1218 THIRD AVE., STE 2100
SEATTLE, WA 98101
O: (206) 428-3250

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

4.      Should the mediation succeed or the litigation otherwise settle, the Parties shall promptly notify this Court's Courtroom Deputy as previously ordered.  *See* Order Setting Jury Trial Date and Related Dates (Dkt. No. 59) at 4; and

5.      This relief is without prejudice to any Party seeking to lift the stay prior to its expiration by motion noted in accordance with LCR 7(d)(2).

DATED: January 30, 2024.

**K&L GATES LLP**

By: */s/ Pam K. Jacobson*
Pam K. Jacobson, WSBA No. 31810
925 Fourth Avenue, Suite 2900
Seattle, WA 98104
Phone:  (206) 623-7580
Fax:      (206) 623-7022
pam.jacobson@klgates.com

*Attorneys for Plaintiff/Counterclaim Defendant Aesthetic Eye Associates, P.S.*

**ARETE LAW GROUP PLLC**

By:  */s/ Jeremy Roller*
Jeremy E. Roller, WSBA No. 32021
1218 Third Avenue, Suite 2100
Seattle, WA 98101
Phone: (206) 428-3250
Fax:      (206) 428-3251
jroller@aretelaw.com

*Attorneys for Defendants/Counterclaimants Alderwood Surgical Center, LLC, NW Nasal Sinus Center, P.S., and Javad A. Sajan, M.D.*

**[PROPOSED] ORDER**

IT IS SO ORDERED.

DATED: January 30, 2024

_____
Tana Lin
United States District Judge

STIPLULATED MOTION AND [PROPOSED]
ORDER REGARDING MEDIATION STAY
No. 2:22-cv-00773-TL – Page 3

ARÊTE LAW GROUP
1218 THIRD AVE., STE 2100
SEATTLE, WA 98101
O: (206) 428-3250