The Honorable Tana Lin

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| AESTHETIC EYE ASSOCIATES, P.S., a Washington professional service corporation<br><br>Plaintiff,<br><br>v.<br><br>ALDERWOOD SURGICAL CENTER, LLC, a Washington limited liability company; NORTHWEST NASAL SINUS CENTER P.S., a Washington professional service corporation; and JAVAD A. SAJAN, M.D.,<br><br>Defendants. | No. 2:22-cv-00773-TL<br><br>STIPULATION AND [PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE<br><br>NOTE ON MOTION CALENDAR: JULY 26, 2024 |

Plaintiff and Counter-Defendant Aesthetic Eye Associates, P.S., and Defendants and Counter-Plaintiffs Alderwood Surgical Center, LLC, Northwest Nasal Sinus Center P.S., and Javad A. Sajan, M.D. (collectively, the "Parties") by and through their respective undersigned counsel, hereby stipulate and agree that, pursuant to Federal Rule of Civil Procedure 41(a)(1), this action is and shall be dismissed with prejudice, including all claims and counterclaims, with each party to bear its own attorneys' fees and costs, and with the Court retaining jurisdiction to enforce the terms of its Orders, the Parties' agreement, and to resolve any pending motions.

STIPULATION AND [PROPOSED] ORDER OF
DISMISSAL WITH PREJUDICE
(2:22-CV-00773-TL) - 1

507926768.1

**K&L GATES LLP**
925 FOURTH AVENUE, SUITE 2900
SEATTLE, WA 98104-1158
TELEPHONE: +1 206 623 7580
FACSIMILE: +1 206 623 7022

DATED this 26th day of July, 2024

| K&L GATES LLP | ARETE LAW GROUP PLLC |
|---|---|
| By s/ Pam Kohli Jacobson<br>Pam Kohli Jacobson, WSBA No. 31810<br>925 4th Ave., Suite 2900<br>Seattle, WA 98104<br>Phone: (206) 370-7605<br>Fax: (206) 623-7022<br>pam.jacobson@klgates.com<br><br>*Attorneys for Plaintiff Aesthetic Eye Associates, P.S.* | By: s/ Jeremy E. Roller<br>Jeremy E. Roller, WSBA No. 32021<br>Lisa Herb, WSBA No. 23161<br>1218 Third Avenue, Suite 2100<br>Seattle, WA 98101<br>Phone: (206) 428-3250<br>Fax: (206) 428-3251<br>jroller@aretelaw.com<br>lherb@aretelaw.com<br><br>*Attorneys for Defendants Alderwood Surgical Center, LLC and Northwest Nasal Sinus Center P.S., and Javad A. Sajan, M.D.* |

Based on the above Stipulation, IT IS SO ORDERED.

Dated this 30th day of July, 2024.

_____
Tana Lin
United States District Judge

STIPULATION AND [PROPOSED] ORDER OF
DISMISSAL WITH PREJUDICE
(2:22-CV-00773-TL) - 2

507926768.1

K&L GATES LLP
925 FOURTH AVENUE, SUITE 2900
SEATTLE, WA 98104-1158
TELEPHONE: +1 206 623 7580
FACSIMILE: +1 206 623 7022